# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUSTIN CHARLES MCINTOSH,<br><br>Defendant. | **Case No. CR 22-50-GF-BMM**<br><br>**ORDER AMENDING CONDITIONS OF PRETRIAL RELEASE** |

Defendant Dustin Charles McIntosh, having filed a Motion to Amend Pretrial Release Conditions; IT IS HEREBY ORDERED that Paragraph (s) from the Order Setting Conditions of Release be removed.

DATED this <u>1st</u> day of December 2022.

_____
John Johnston
United States Magistrate Judge